NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZENTIAN LTD.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2024-2204

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00033, IPR2023-01192.

---

**JUDGMENT**

---

KAYVAN B. NOROOZI, Noroozi PC, Los Angeles, CA, argued for appellant. Also represented by JESSICA R. BERNHARDT, NEVIN M. GEWERTZ, KATHERINE E. RHOADES, Bartlit Beck LLP, Chicago, IL.

SETH W. LLOYD, Morrison & Foerster LLP, Washington, DC, argued for appellee. Also represented by BRIAN ROBERT MATSUI; ALEXANDRA M. AVVOCATO, New York, NY; BITA RAHEBI, REBECCA WEIRES SETRAKIAN, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 8, 2026
Date

Jarrett B. Perlow
Clerk of Court